

# Fourth Court of Appeals
## San Antonio, Texas

November 28, 2017

No. 04-17-00434-CV

Roger **WIATREK,**
Appellant

v.

Laura **WIATREK,**
Appellee

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 14-12-0756-CVW
The Honorable Russell Wilson, Judge Presiding

# O R D E R

Appellee has filed a third motion for extension of time to file appellant's brief, requesting, in part, that we direct the trial court clerk to file a supplemental clerk's record containing the following missing documents:

- 05/15/2015 Stipulated timeline and closing arguments

- 05/19/2015 Brief in Support of the Partition of Property Proposed by Petitioner and Closing Arguments

The motion is GRANTED IN PART. The trial court clerk is ORDERED to prepare and file a supplemental clerk's record containing the documents listed above no later than December 1, 2017. *See* TEX. R. APP. P. 34.5(c)(1).

Appellant's brief is due **fourteen days** from the date the supplemental clerk's record is filed.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand, and affixed the seal of the said court on this 28th day of November, 2017.



KEITH E. HOTTLE,
Clerk of Court